# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CLIFTON DEEDS, | ) |
| | ) |
|    Petitioner, | ) |
| | ) CRIMINAL NO. 08-00343-CG-B |
| vs. | ) CIVIL ACTION NO. 14-0572-CG-B |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 19, 2017, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 7th day of August, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE