IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLIFTON DEEDS, | ) |
| | ) |
| Petitioner, | ) |
| | ) CRIMINAL NO. 08-00343-CG-B |
| vs. | ) CIVIL ACTION NO. 14-0572-CG-B |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that the Respondent's Motion to Dismiss (Doc. 49) is **GRANTED**, that Deeds' Motion to Vacate, Set Aside, or Correct Sentence (Doc. 45) is **DISMISSED** as time-barred, and that Judgment is entered in favor of Respondent, the United States of America, and against Petitioner, Clifton Deeds. The Court further finds that Deeds is not entitled to issuance of a Certificate of Appealability, and as a result, he is not permitted to appeal in forma pauperis.

**DONE and ORDERED** this 7th day of August, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE